IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KATHY D. CHESNEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>    Defendant. ) | 3:04-cv-305<br><br>Phillips |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objection to the report and recommendation filed by plaintiff [Doc. 20] is hereby **OVERRULED**. The report and recommendation [Doc. 14] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED** that plaintiff's motion to remand [Doc. 8] is **DENIED**; defendant Commissioner's motion for summary judgment [Doc. 12] is **GRANTED**; the Commissioner's decision denying benefits is **AFFIRMED**; and this case is **DISMISSED**.

            **ENTER:**

                                s/Thomas W. Phillips
                            **UNITED STATES DISTRICT JUDGE**